# Court of Appeals
# of the State of Georgia

ATLANTA,  July 18, 2019

*The Court of Appeals hereby passes the following order:*

## A19D0519. GABRIEL KOTSIS v. JAN SUTTKUS.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

Jan Suttkus's request for a frivolous application penalty pursuant to Court of Appeals Rule 7 (e) (2) is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  07/18/2019*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*